1  Wajda Law Group, APC
    Nicholas M. Wajda ( State Bar No. 259178)
2  11400 West Olympic Boulevard, Suite 200M
    Los Angeles, California 90064
3  Telephone: (310) 997-0471
    Facismile: (866) 286-8433
4  Email: nick@wajdalawgroup.com
    Attorney for Plaintiff
5

6

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

| 10 | RODNEY HANNAH | Case No. 2:18-cv-10000- SJO-PLA |
| 11 | Plaintiff, | **CERTFICATE OF SERVICE** |
| 12 | v. | Complaint Filed: November 29, 2018 |
| 13 | JPL RECOVERY SOLUTIONS, LLC, | |
| 14 | Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

RODNEY HANNAH

*Plaintiff(s)*

v.

JPL RECOVERY SOLUTIONS, LLC

*Defendant(s)*

Civil Action No. 2:18-cv-10000 -SJO (PLAx)

**SERVED**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JPL Recovery Solutions, LLC
c/o Corporation Service Company d/b/a CSC- Lawyers Incorporation Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/30/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-10000-SJO (PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JPL Recovery Solutions, LLC**
was received by me on *(date)* **12/27/2018**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bill Jacobs, Authorized Agent for Service**, who is designated by law to accept service of process on behalf of *(name of organization)* **Registered Agent Corporation Service Company** on *(date)* **12/28/2018** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/28/2018

*Server's signature*

Jenice Rossner, Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENT SERVED:
Summons; Complaint;
Standing Order for Civil Cases Assigned to Judge S. James Otto