**SULAIMAN LAW GROUP, LTD.**
Joseph S. Davidson (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HANNAH, <br><br> Plaintiff, <br><br> v. <br><br> JPL RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | Case No. 2:18-cv-10000-SJO-PLA <br><br> **REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF** |

In accordance with Fed. R. Civ. P. 55(a), Plaintiff, RODNEY HANNAH, hereby requests that default be entered against Defendant, JPL RECOVERY SOLUTIONS, LLC, for failure to plead or otherwise defend.

Dated this 4ᵗʰ day of February, 2019

Respectfully submitted,

**RODNEY HANNAH**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Suite 200M
Los Angeles, California 90064
+1 310-997-0471
nick@wajdalawgroup.com

1

**DECLARATION**

2

   JOSEPH S. DAVIDSON, hereby declares under penalty of perjury, pursuant to 28 U.S.C.

3

§ 1746(2) that the following statements are true and correct:

4

   1.   That I am an attorney for the Plaintiff, RODNEY HANNAH, and in that capacity

5

6

am responsible to represent the interest of Plaintiff in the above captioned matter.

7

   2.   I hereby make application to the Clerk of this Court for entry of default as to

8

defendant JPL Recovery Services, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil

9

Procedure, and in support of this application do show that:

10

      A.   The defendant was personally served on December 28, 2018, through its

11

12

         Registered Agent, with copies of Plaintiff's Summons and Complaint as

13

         provided by Rule 4(c)(1) of the Federal Rules of Civil Procedure;

14

      B.   Upon Plaintiff's information and belief, the defendant, being a New York

15

         limited liability company with its principal place of business in Getzville,

16

         New York, is neither an infant nor an incompetent person requiring special

17

         service in accordance with Rule 4(g) of the Federal Rules of Civil Procedure,

18

         and is not serving with the armed forces of the United States entitled to the

19

         protection of 50 U.S.C. App. § 520;

20

      C.   The defendant has neither answered nor otherwise responded formally to the

21

22

         Plaintiff's Summons and Complaint, and the time to do so, as provided in

23

         Rule 12(a) of the Federal Rules of Civil Procedure, has expired;

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D.  Copies of this Declaration and the Request, seeking entry of default, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

FURTHER AFFIANT SAYETH NOT.

_Joseph Davidson_
JOSEPH S. DAVIDSON

SUBSCRIBED AND SWORN to before me this 4th day of February, 2019.

_Kiran Wadia_
NOTARY PUBLIC

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

4