# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HANNAH<br><br>PLAINTIFF(S)<br><br>v.<br><br>JPL RECOVERY SOLUTIONS, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−10000−SJO−PLA<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  JPL Recovery Solutions, LLC


                                                                                Clerk, U.S. District Court

  February 5, 2019                          By  /s/ *Linda Chai*
Date                                                 Deputy Clerk